# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| Sharee Flick, as Next of Kin of Edward Eugene Flick, Deceased, and on Behalf of the Wrongful Death Beneficiaries of Edward Eugene Flick, | )<br>)<br>)<br>) |
| Plaintiff, | ) Cause No.: 3:15-0699<br>)<br>) |
| vs. | ) Judge Aspen<br>) |
| SSC Nashville Operating Company LLC d/b/a Green Hills Health and Rehabilitation Center | )<br>) Magistrate Judge Newbern<br>)<br>) |
| Defendant. | )<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Counsel for the parties hereby notify the Court that the Plaintiff and Defendant have compromised and settled the claims made in the above-styled and numbered cause against the Defendant and pursuant to the *Federal Rules of Civil Procedure* hereby stipulate that the Complaint filed in the above-captioned action be dismissed with prejudice and that each party shall bear its own court costs and attorneys' fees.[1]

**STIPULATED AND AGREED TO,** this the 5th day of January, 2016.

| **THE HIGGINS FIRM** | **HAGWOOD ADELMAN TIPTON PC** |
|---|---|
| By: /s/ Benjamin J. Miller | By: /s/ David M. Eaton |
| Richard D. Piliponis (BPR #16249) | Carl Hagwood (BPR #025873) |
| Benjamin J. Miller (BPR #25575) | David M. Eaton (BPR#025849) |
| 525 4th Avenue South | P.O. Box 41147 |
| Nashville, TN 37210 | Nashville, TN 39204-1147 |
| Phone: (615) 353-0930 | Phone: (615) 661-7820 |
| rdp@higginsfirm.com | deaton@hatlawfirm.com |
| ben@higginsfirm.com | chagwood@hatlawfirm.com |
| *Attorneys for Plaintiff* | *Attorneys for SSC Nashville Operating Company LLC* |

---

[1] Defendants SSC Equity Holdings LLC; SavaSeniorCare, LLC; Terpax, Inc.; and Tennessee Holdco, LLC, were dismissed by Stipulation of Voluntary Dismissal entered by the Court on the 18th of December, 2015 [Doc. No. 18].