UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAREE FLICK, et al. ) | |
| ) | 3:15 C 0699 |
| v. ) | Judge Marvin E. Aspen |
| ) | |
| SSC NASHVILLE OPERATING ) | |
| COMPANY, LLC, et al. ) | |
| ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

We have reviewed the parties' joint stipulation of dismissal with prejudice. (Dkt. No. 32.) The hearing scheduled for January 6, 2017 is hereby vacated, and the case is dismissed, with prejudice. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: January 5, 2017
Nashville, Tennessee